UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM DIVISION

*In re:*                                               CASE NO. 22-18648-MAM
                                                       CHAPTER 13
STEVEN ARTHUR GRAU

      Debtor

_____/

## OBJECTION TO CONFIRMATION

U.S. Bank Trust National Association as Trustee of the Chalet Series III Trust ("Secured Creditor"), by and through its undersigned attorney, objects to the Debtor`s Chapter 13 Plan (DE 13)(the "Plan") and to Confirmation of the Plan, and in support thereof states as follows:

1. Secured Creditor maintains a security interest in Debtor`s real property located at 1408 SW Seahawk Way, Palm City, FL 34990.

2. Secured Creditor has not yet filed a Proof of Claim in this case, but intends to do so prior to the expiration of the claims bar deadline.

3. The Debtor's Plan does not include prepetition arrearage payments to Secured Creditor, however, a prepetition arrearage of approximately $393,388.13 does exist on Secured Creditor's claim.

4. The Debtor's proposed Plan provides for the regular monthly payments to Secured Creditor.  The current monthly payment amount due to Secured Creditor is $4,023.75, while the Plan only provides for monthly payment on the loan owed to Secured Creditor in the amount of $1,267.00.

5. The Debtor's Plan provides for regular monthly payments pursuant to a proposed mortgage loan modification with Secured Creditor, however, the Debtor has not been approved for a loan modification.  Secured Creditor objects to any Plan, which provides

for payments pursuant to a loan modification that has not been approved.

6.  Additionally the proposed adequate protection payment does not comply with the Court's requirements for payment under the Mortgage Modification Mediation Procedures, which require the Debtor pay the lesser of the contractual payment due or 31% of their gross monthly income.  The Plan provides for a monthly payment of $1,267.00, while 31% of the Debtor and non-filing spouse's income equates to $1,526.83.

7.  The Debtor's Plan fails to provide adequate protection to Secured Creditor in violation of 11 U.S.C. §362.

8.  Thus, Secured Creditor objects to the Debtor's Plan as it fails to comply with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5), and cannot be confirmed.

**WHEREFORE**, Secured Creditor, U.S. Bank Trust National Association as Trustee of the Chalet Series III Trust, respectfully requests that this Court deny confirmation of the Debtor's proposed Chapter 13 Plan, and require the Debtors to modify or amend the Plan to overcome Secured Creditor's objections as stated herein, conform to the entire amount due under Secured Creditor's Proof of Claim upon filing, and such other relief as the Court deems just and proper.

Respectfully submitted,
HOWARD LAW GROUP

 /s/ Matthew Klein
MATTHEW KLEIN
FLORIDA BAR#: 73529
4755 Technology Way, Suite 104
Boca Raton, FL 33431
Telephone: (954) 893-7874
Fax: (888) 235-0017
Email: matthew@howardlaw.com

**I HEREBY CERTIFY** that on December 2, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System, which will send a notice of electronic filing to all CM/ECF participants:

Colin V Lloyd, Esq., 302 So 2 St, Ft. Pierce, FL 34950
Robin R. Weiner, Chapter 13 Trustee, Post Office Box 559007, Fort Lauderdale, FL 33355
Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130

And a true and correct copy was sent via US Mail to:
Steven Arthur Grau, 1408 SW Seahawk Way, Palm City, FL 34990

/s/ Matthew Klein
MATTHEW KLEIN
FLORIDA BAR#: 73529