

**ORDERED in the Southern District of Florida on March 29, 2023.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

*In re:*

                                                                                                    CASE NO. 22-18648-MAM
                                                                                                     CHAPTER 13

STEVEN ARTHUR GRAU,

      Debtor.

_____/

**ORDER GRANTING MOTION FOR RECONSIDERATION OF ORDER GRANTING
MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION**

**THIS MATTER** came to be heard on the consent portion of the Court's Chapter 13 Calendar on March 2, 2023 at 9:00am for consideration of the order granting the Motion for Reconsideration of the Order Directing Mortgage Modification Mediation (the "Motion")(DE 28) filed by U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE CHALET SERIES III TRUST on February 3, 2023. Based on the arguments of counsel, and based on the record, it is

      **ORDERED:**

      1.      The Motion is GRANTED.

2. The Order Directing Mortgage Modification Mediation is hereby vacated and no longer in effect.

3. The Debtor shall file an Amended Chapter 13 Plan within 14 days of this order providing for payment of the amounts due in Movant's Proof of Claim, or remove Movant's Proof of Claim and the property located at 1408 SW Seahawk Way, Palm City, FL 34990 from the Amended Plan.

###

Submitted by:

Matthew B. Klein, Esq., Howard Law Group, 4755 Technology Way, Suite 104, Boca Raton, FL 33431; matthew@howardlaw.com is directed to serve copies of this Order on all parties listed below and file a certificate of service.

Copies furnished via CM/ECF to:

Colin V Lloyd, Esq., 302 So 2 St, Ft. Pierce, FL 34950
Robin R. Weiner, Chapter 13 Trustee, Post Office Box 559007, Fort Lauderdale, FL 33355
Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130

And a true and correct copy was sent via US Mail to:
Steven Arthur Grau, 1408 SW Seahawk Way, Palm City, FL 34990